## United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE TO AMEND OR CORRECT ATTORNEY'S NAME AND ADDRESS

**DEBTOR(S) INFORMATION:**
Moises Leyva
**SSN:** xxx−xx−5762
**EIN:** N/A

667 Findlay Ave
Los Angeles, CA 90022−3605

**BANKRUPTCY NO.** 2:25−bk−10805−VZ
**CHAPTER** 7

The notice previously mailed in this case is hereby amended to correct the attorney information.

The automatic stay and other matters referred to in the original notice have not been altered, and continue in full force and effect.

**ATTORNEY FOR DEBTOR:**

**Benjamin Heston**

**Nexus Bankruptcy**
**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

**949 312 1377**

Dated: February 3, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form naca rev. 5/96) VAN−82

**5 / SF**