| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | **FILED**<br>FEB 1 4 2025<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

| In re:<br>Moises Leyva | CASE NO.: 2:25-bk-10805-VZ<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    During the 60-day period before the Petition Date (*Check only ONE box below*):

    ☑ I was paid by an employer. Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ I was not paid by an employer because I was either self-employed only, or not employed.

Date: 02/14/2025      Moises Leyva                    _[signature]_
                      Printed name of Debtor 1           Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    During the 60-day period before the Petition Date (*Check only ONE box below*):

    ☐ I was paid by an employer. Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ I was not paid by an employer because I was either self-employed only, or not employed.

Date: _____       _____           _____
                    Printed name of Debtor 2      Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
December 2015
F 1002-1.EMP.INCOME.DEC

```
     EMP #                                              E A R N I N G S    S T A T E M E N T
     541433
Cost Center:

                                                  Period Beginning:   11/17/2024
                                                  Period Ending:      11/30/2024
                                                  Check Date:         12/06/2024
                                                  Pers. No            10077218

Basis of Pay:         Hourly                      Moises Leyva
                                                  667 Findlay Ave
                                                  Los Angeles CA   90022


Earnings            Rate Hours/Units  Amount Year-To-Date         Other Benefits and Information
                                                                              This Period Year-to-Date
OT Prem 1.5(FLSA                                  96.25
Regular Hourly      35.00  64.00    2,240.00  43,995.00           Corporate AD&D           0.61        10.98
Overtime                                         192.50           Corporate Life           7.08       127.44
Paid Time Off                                  2,940.00           Den NonTxbl ER          10.41       187.38
Floating Holiday                                 280.00           Corporate LTD            7.48       140.87
Public Holiday      35.00  16.00      560.00   1,960.00           Med NonTxbl ER         239.28     4,307.04
                                                                  BrightHorizonFEE        -0.54         9.18
Gross Pay                           2,800.00  49,463.75           EAP Assistance           0.57        10.26
                                                                  FMLA Admin Fee           0.54         8.55
Tax Deductions: Federal                                           ShortTermDisab           0.66        11.32
 Withholding Tax                               4,114.00-          Corp Life Txbl          10.19       183.42
 EE Social Security Tax              169.50-   2,992.97-
 EE Medicare Tax                      39.64-     699.97-          Quota Summary                      Balance
Tax Deductions: California
 Withholding Tax                               1,690.93-          PTO                    24.00
 EE Disability Tax                    29.96-     528.99-
                                                                  Payment Method                      Amount
Additional Deductions
                                                                  Direct Deposit                    2,456.08
 *Medical - Before Tax                59.96-   1,079.28-
 *Dental - Before Tax                  9.92-     178.56-
 *Vision - Before Tax                  6.42-     115.56-
 Supplemental Life                    28.52-     513.36-
 Garnish: Levy                                   948.54-

Total Net Pay                       2,456.08  36,601.59


Total Work Hours for Pay Period                   64.00           Federal Tax Wages                2,733.89
                                                                  YTD Fed Tax Wages               48,273.77

                                                                  *Excluded from Federal Taxable Wages



      Jones Lang LaSalle Americas, Inc.
      200 E. Randolph
      Chicago              IL  60601                   Check Date:12/06/2024
      Phone 312-782-5800


    T H I S   I S   N O T   A   C H E C K !!!                       N O N  -  N E G O T I A B L E


   Deposited to the account of:   Payment Type      Account No.   Bank/Check No.              Amount

      Moises Leyva                 Bank transfer    XXXXX75975    322271627       USD       2,456.08
```

```
        EMP #                                              EARNINGS      STATEMENT
        541433
Cost Center:

                                                    Period Beginning:  12/01/2024
                                                    Period Ending:     12/14/2024
                                                    Check Date:        12/20/2024
                                                    Pers. No           10077218


Basis of Pay:          Hourly                       Moises Leyva
                                                    667 Findlay Ave
                                                    Los Angeles CA   90022




Earnings            Rate Hours/Units  Amount Year-To-Date      Other Benefits and Information
--------------------------------------------------------                This Period Year-to-Date
OT Prem 1.5(FLSA                              96.25        -----------------------------------------
Regular Hourly      35.00  72.00   2,520.00   46,515.00    Corporate AD&D           0.61       11.59
Overtime                                         192.50    Corporate Life           7.08      134.52
Paid Time Off       35.00   8.00     280.00    3,220.00    Den NonTxbl ER          10.41      197.79
Floating Holiday                                 280.00    Corporate LTD            7.48      148.35
Public Holiday                                 1,960.00    Med NonTxbl ER         239.28    4,546.32
--------------------------------------------------------   BrightHorizonFEE         0.54        9.72
Gross Pay                          2,800.00   52,263.75    EAP Assistance           0.57       10.83
--------------------------------------------------------   FMLA Admin Fee           0.54        9.09
Tax Deductions: Federal                                    ShortTermDisab           0.66       11.98
  Withholding Tax                              4,114.00-   Corp Life Txbl          10.19      193.61
  EE Social Security Tax             169.50-   3,162.47-
  EE Medicare Tax                     39.64-     739.61-   Quota Summary                    Balance
Tax Deductions: California                                 ---------------------------------------
  Withholding Tax                              1,690.93-   PTO                    16.00
  EE Disability Tax                  29.96-     558.95-
                                                           Payment Method                    Amount
Additional Deductions                                      ---------------------------------------
----------- -----------                                    Direct Deposit                  2,456.08
 *Medical - Before Tax               59.96-    1,139.24-
 *Dental - Before Tax                 9.92-      188.48-
 *Vision - Before Tax                 6.42-      121.98-
  Supplemental Life                  28.52-      541.88-
  Garnish: Levy                                  948.54-
--------------------------------------------------------
Total Net Pay                      2,456.08   39,057.67
--------------------------------------------------------
Total Work Hours for Pay Period                  72.00     Federal Tax Wages                2,733.89
                                                           YTD Fed Tax Wages               51,007.66

                                                           *Excluded from Federal Taxable Wages




        Jones Lang LaSalle Americas, Inc.
        200 E. Randolph
        Chicago              IL   60601                    Check Date:12/20/2024
        Phone 312-782-5800


   THIS   IS   NOT   A   CHECK!!!                                       NON - NEGOTIABLE


        Deposited to the account of:    Payment Type    Account No.   Bank/Check No.         Amount

        Moises Leyva                    Bank transfer   XXXXX75975    322271627     USD    2,456.08
```

```
        EMP #                                      E A R N I N G S    S T A T E M E N T
        541433
Cost Center:

                                              Period Beginning:  12/15/2024
                                              Period Ending:     12/28/2024
                                              Check Date:        01/03/2025
                                              Pers. No           10077218

                                              Moises Leyva
Basis of Pay:        Hourly                   667 Findlay Ave
                                              Los Angeles CA   90022


Earnings          Rate Hours/Units Amount Year-To-Date      Other Benefits and Information
------------------------------------------------------                    This Period Year-to-Date
Regular Hourly    35.00  62.50   2,187.50   2,187.50        ------------------------------------
Holiday Prem 1.0  35.00   8.00     280.00     280.00        Corporate AD&D          0.61      0.61
Paid Time Off     35.00   1.50      52.50      52.50        Corporate Life          7.08      7.08
Public Holiday    35.00   8.00     280.00     280.00        Den NonTxbl ER         10.41     10.41
------------------------------------------------------      Corporate LTD           7.48      7.48
Gross Pay                        2,800.00   2,800.00        Med NonTxbl ER        238.10    238.10
------------------------------------------------------      BrightHorizonFEE        0.54      0.54
Tax Deductions: Federal                                     EAP Assistance          0.57      0.57
  EE Social Security Tax           169.50-    169.50-       FMLA Admin Fee          0.54      0.54
  EE Medicare Tax                   39.64-     39.64-       ShortTermDisab          0.66      0.66
Tax Deductions: California                                  Corp Life Txbl         10.19     10.19
  EE Disability Tax                 29.96-     29.96-
                                                            Quota Summary                  Balance
Additional Deductions                                       ------------------------------------
---------- ----------                                       PTO            14.50
  *Medical - Before Tax             59.96-     59.96-
  *Dental - Before Tax               9.92-      9.92-       Payment Method                 Amount
  *Vision - Before Tax               6.42-      6.42-       ------------------------------------
  Supplemental Life                 26.86-     26.86-       Direct Deposit                2,457.74
------------------------------------------------------
Total Net Pay                    2,457.74   2,457.74
------------------------------------------------------
Total Work Hours for Pay Period                70.50
------------------------------------------------------




                                                            Federal Tax Wages             2,733.89
                                                            YTD Fed Tax Wages             2,733.89

                                                            *Excluded from Federal Taxable Wages


     Jones Lang LaSalle Americas, Inc.
     200 E. Randolph
     Chicago             IL   60601               Check Date:01/03/2025
     Phone 312-782-5800


   T H I S   I S   N O T   A   C H E C K !!!            N O N  -  N E G O T I A B L E


     Deposited to the account of:    Payment Type    Account No.   Bank/Check No.        Amount
     Moises Leyva                    Bank transfer   XXXXX75975    322271627      USD   2,457.74
```

```
    EMP #                                              E A R N I N G S    S T A T E M E N T
    541433
Cost Center:

                                                       Period Beginning:  12/29/2024
                                                       Period Ending:     01/11/2025
                                                       Check Date:        01/17/2025
                                                       Pers. No           10077218

Basis of Pay:        Hourly                            Moises Leyva
                                                       667 Findlay Ave
                                                       Los Angeles CA   90022


Earnings          Rate Hours/Units  Amount Year-To-Date     Other Benefits and Information
-----------------------------------------------------                    This Period Year-to-Date
Regular Hourly    35.00  64.00    2,240.00   4,427.50       -----------------------------------------
Holiday Prem 1.0  35.00   8.00      280.00     560.00       Corporate AD&D          0.61        1.22
Paid Time Off                                   52.50       Corporate Life          7.08       14.16
Public Holiday    35.00   8.00      280.00     560.00       Den NonTxbl ER         10.41       20.82
-----------------------------------------------------       Corporate LTD           7.48       14.96
Gross Pay                         2,800.00   5,600.00       Med NonTxbl ER        238.10      476.20
-----------------------------------------------------       BrightHorizonFEE        0.54        1.08
Tax Deductions: Federal                                     EAP Assistance          0.57        1.14
  EE Social Security Tax            169.50-    339.00-      FMLA Admin Fee          0.54        1.08
  EE Medicare Tax                    39.64-     79.28-      ShortTermDisab          0.66        1.32
Tax Deductions: California                                  Corp Life Txbl         10.19       20.38
  EE Disability Tax                  29.96-     59.92-
                                                            Quota Summary                   Balance
Additional Deductions                                       -----------------------------------------
----------- ----------                                      PTO                    26.50
  *Medical - Before Tax              59.96-    119.92-
  *Dental - Before Tax                9.92-     19.84-      Payment Method                   Amount
  *Vision - Before Tax                6.42-     12.84-      -----------------------------------------
  Supplemental Life                  26.86-     53.72-      Direct Deposit                 2,457.74
-----------------------------------------------------
Total Net Pay                     2,457.74   4,915.48
-----------------------------------------------------
Total Work Hours for Pay Period        72.00
-----------------------------------------------------



                                                            Federal Tax Wages              2,733.89
                                                            YTD Fed Tax Wages              5,467.78

                                                            *Excluded from Federal Taxable Wages



    Jones Lang LaSalle Americas, Inc.
    200 E. Randolph
    Chicago              IL   60601                         Check Date:01/17/2025
    Phone 312-782-5800


  T H I S   I S   N O T   A   C H E C K !!!                             N O N  -  N E G O T I A B L E


    Deposited to the account of:    Payment Type     Account No.   Bank/Check No.            Amount

    Moises Leyva                    Bank transfer    XXXXX75975    322271627      USD      2,457.74
```